Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN TEXTILES, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> STEIN MART, INC., a Florida corporation; REPUBLIC CLOTHING CORPORATION, a New York corporation; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: <br><br> PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT <br><br> <u>Jury Trial Demanded</u> |

        Plaintiff MERIDIAN TEXTILES, INC., by and through its undersigned

attorneys, hereby prays to this honorable Court for relief based on the following:

### JURISDICTION AND VENUE

        1.  This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101

*et seq*.

        2.  This Court has federal question jurisdiction under 28 U.S.C. § 1331 and

1338 (a) and (b).

        3.  Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and

1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4.  Plaintiff MERIDIAN TEXTILES, INC. ("Meridian" or "Plaintiff") is a corporation organized and existing under the laws of the state of California with its principal place of business in City of Commerce, CA.

5.  Plaintiff is informed and believes and thereon alleges that Defendant STEIN MART, INC. ("STEINMART") is a corporation organized and existing under the laws of the state of Florida with its principal place of business at 1200 Riverplace Blvd., Jacksonville, FL 32207, and is doing business in and with the state of California.

6.  Plaintiff is informed and believes and thereon alleges that Defendant REPUBLIC CLOTHING CORPORATION ("REPUBLIC") is a corporation organized and existing under the laws of the state of New York with its principal place of business at 1440 Broadway, 14th Floor, New York, NY 10018, and is doing business in and with the state of California.

7.  Plaintiff is informed and believes and thereon alleges that some of Defendants DOES 1 through 10, inclusive, are manufacturers and/or vendors who have contributed to the infringement alleged herein. The true names, whether corporate, individual or otherwise of Defendants DOES 1-10, inclusive, are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names and will seek leave to amend this complaint to show their true names and capacities when same have been ascertained.

8.   Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship

- 2 -

and/or employment; and actively participated in or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and every violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

## CLAIMS RELATED TO DESIGN S1078

9.   Plaintiff owns a two-dimensional artwork for purposes of textile printing entitled Design S1078 ("Subject Design"). Subject Design has been registered with the United States Copyright Office.

10. Prior to the acts complained of herein, Plaintiff sampled and sold fabric bearing Subject Design to numerous parties in the fashion and apparel industries.

11. Plaintiff is informed and believes and thereon alleges that following this distribution of product bearing Subject Design, STEINMART, REPUBLIC, and DOE Defendants, without Plaintiff's authorization, sold, created, manufactured, caused to be manufactured, imported, and/or distributed fabric and/or garments bearing unauthorized reproductions of Subject Design ("Subject Product"), including but not limited to garments sold by STEINMART

   a.   under Style No. 52102035 and bearing the label "Chelsea & Theodore" and RN 93178, which indicates that the garments were manufactured by or for REPUBLIC; and

   b.   under Style No. 51903359 and bearing the label "Premise," which indicates that the garments were manufactured by or for REPUBLIC.

12. An image of Subject Design and an exemplar of Subject Product are set forth hereinbelow:

///

///

- 3 -

**Subject Design**                    **Subject Product**



13. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, had access to Subject Design, including and without limitation, through access to (a) Plaintiff's showroom and/or design library; (b) illegally distributed copies of Subject Design by third-party vendors and/or DOE Defendants, including without limitation international and/or overseas converters and printing mills; (c) Plaintiff's strike-offs and samples, and (d) garments being sold in the marketplace bearing fabric lawfully printed through Plaintiff.

14. Plaintiff is informed and believes and thereon alleges that one or more of the Defendants manufactures garments and/or is a garment vendor. Plaintiff is further informed and believes and thereon alleges that said Defendant(s) has an ongoing business relationship with Defendant retailer, and each of them, and supplied garments to said retailer, which garments infringed Subject Design in that said garments were composed of fabric which featured an unauthorized print design

COMPLAINT

that was identical or substantially similar to Subject Design.

15. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, infringed Plaintiff's copyright by creating, making and/or developing directly infringing and/or derivative works from Subject Design and by producing, distributing and/or selling garments which infringe Subject Design through a nationwide network of retail stores and on-line outlets.

16. Due to Defendants', and each of their, acts of infringement, Plaintiff has suffered and will continue to suffer damages in an amount to be established at trial.

17. Due to Defendants', and each of their, acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained profits they would not otherwise have realized but for their infringement of Subject Design. As such, Plaintiff is entitled to disgorgement of Defendants' profits attributable to Defendant's infringement of Subject Design in an amount to be established at trial.

18. Plaintiff is further informed and believes, and thereon alleges, that Defendants, and each of them, violated Plaintiff's copyright with knowledge of and/or reckless disregard for Plaintiff's copyrights such that their infringement qualifies as willful.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for judgment as follows:

a. That Defendants as well as their agents and employees be enjoined from infringing Plaintiff's copyrights in any manner, specifically those for Subject Design;

b. That Plaintiff be awarded all profits of Defendants plus all losses of Plaintiff, plus any other monetary advantage gained by Defendants through their infringement, the exact sum to be proven at the time of trial, or, if elected before final judgment, statutory damages as available under the Copyright Act, 17 U.S.C. § 101 et seq.;

c. That Plaintiff be awarded its attorneys' fees as available under the Copyright Act U.S.C. § 101 et seq.;

d. That Plaintiff be awarded pre-judgment interest as allowed by law;

e. That Plaintiff be awarded the costs of this action; and

f. That Plaintiff be awarded such further legal and equitable relief as the

g. Court deems proper.

A <u>TRIAL BY JURY</u> PURSUANT TO FED. R. CIV. P. 38 AND CONSTITUTIONAL AMENDMENT SEVEN IS HEREBY DEMANDED.

DONIGER / BURROUGHS

Dated: July 18, 2014          By:     /s/ Stephen M. Doniger
                                       Stephen M. Doniger, Esq.
                                       Attorneys for Plaintiff
                                       MERIDIAN TEXTILES, INC.

- 6 -

COMPLAINT