Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Howard S. Han (SBN 243406)
hhan@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN TEXTILES, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STEIN MART, INC., *et al.*<br><br>Defendants. | Case No. CV14-5582-DDP (MRWx)<br>*Hon. Dean D. Pregerson Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION [29]** |

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This Action is dismissed with prejudice; and
2. All parties will bear their own costs and attorney's fees incurred against one another in this action.

SO STIPULATED.

Date: July 31, 2015          By: _____
                                 HON. DEAN D. PREGERSON
                                 UNITED STATES DISTRICT JUDGE